UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

KEVIN BLACKSHEAR,

                        Plaintiff,

        v.                                                     9:13-CV-1165
                                                                      (FJS/CFH)

CAPTAIN WOODWARD, Captain-Hearing Officer,
Watertown Correctional Facility; LIEUTENANT ZEHR,
Watch Commander, Watertown Correctional Facility; and
D. VENETTOZZI, Acting Director, Special Housing
Inmate Disciplinary Program, NYS Department of
Corrections and Community Supervision,

                        Defendants.
_____

**APPEARANCES**                                             **OF COUNSEL**

**KEVIN BLACKSHEAR**
**11-B-0296**
Hale Creek ASACTC
P. O. Box 950
Johnstown, New York 12095
Plaintiff *pro se*

**OFFICE OF NEW YORK STATE**                   **JUSTIN L. ENGEL, AAG**
**ATTORNEY GENERAL**
The Capitol
Albany, New York 12224
Attorneys for Defendants

**SCULLIN, Senior Judge**

## ORDER

      Currently before the Court is Magistrate Judge Hummel's June 17, 2014 Report-Recommendation and Order, in which he recommended that this Court grant Defendants' motion for summary judgment as to all claims against all Defendants. *See* Dkt. No. 26. Plaintiff filed an "Objection Notice to Magistrate Judge Hummel's Report-Recommendation and Order," in which

he merely stated that he sent his "notice of objection to the Clerk of the United States District Court for a decision rendered by U.S. Magistrate Judge, Christian F. Hunnel [sic] on June 17, 2014." *See* Dkt. No. 28.

After reviewing a magistrate judge's recommendations, the district court may accept, reject or modify those recommendations. *See* 28 U.S.C. § 636(b)(1). The court reviews *de novo* those portions of the magistrate judge's recommendations to which a party objects. *See Pizzaro v. Bartlett*, 776 F. Supp. 815, 817 (S.D.N.Y. 1991). """If, however, the party makes only conclusory or general objections, . . . the Court reviews the Report and Recommendation only for clear error.""" *Salmini v. Astrue*, No. 3:06-CV-458, 2009 WL 179741, *1 (N.D.N.Y. June 23, 2009) (quoting [*Farid v. Bouey*, 554 F. Supp. 2d 301] at 306 [(N.D.N.Y. 2008)] (quoting *McAllan v. Von Essen*, 517 F. Supp. 2d 672, 679 (S.D.N.Y. 2007))). Finally, even if the parties file no objections, the court must ensure that the face of the record contains no clear error. *See Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (quotation omitted).

In light of Plaintiff's conclusory objection, the Court has reviewed Magistrate Judge Hummel's June 17, 2014 Report-Recommendation and Order for clear error; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Hummel's June 17, 2014 Report-Recommendation and Order is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motion for summary judgment is **GRANTED** as to all claims against all Defendants; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case.

**IT IS SO ORDERED**.

Dated: July 1, 2014
      Syracuse, New York

                                                Frederick J. Scullin, Jr.
                                                Senior United States District Court Judge